| | |
|---|---|
| 1 | **THE LAW OFFICE OF JACK FITZGERALD, PC** |
| 2 | JACK FITZGERALD (SBN 257370) |
|   | *jack@jackfitzgeraldlaw.com* |
| 3 | TREVOR M. FLYNN (SBN 253362) |
|   | *trevor@jackfitzgeraldlaw.com* |
| 4 | TRAN NGUYEN (SBN 301593) |
| 5 | *tran@jackfitzgeraldlaw.com* |
|   | Hillcrest Professional Building |
| 6 | 3636 Fourth Avenue, Suite 202 |
| 7 | San Diego, California 92103 |
|   | Phone: (619) 692-3840 |
| 8 | Fax: (619) 362-9555 |
| 9 | *Counsel for Plaintiff Zenbu Magazines LLC,* |
| 10 | *and the Putative Class* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZENBU MAGAZINES LLC, on behalf of itself and all others similarly situated, | Case No.: 15-cv-307 |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| GOOGLE INC., | **[FED. R. CIV. P. 41(a)]** |
| Defendant. | <u>DEMAND FOR JURY TRIAL</u> |

PLEASE TAKE NOTICE THAT,

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Zenbu Magazines LLC hereby dismisses this action without prejudice.

Dated: January 23, 2015          /s/ *Jack Fitzgerald*
                                 By: Jack Fitzgerald
                                 **THE LAW OFFICE OF JACK FITZGERALD, PC**
                                 JACK FITZGERALD (SBN 257370)
                                 *jack@jackfitzgeraldlaw.com*
                                 TREVOR M. FLYNN (SBN 253362)
                                 *trevor@jackfitzgeraldlaw.com*
                                 TRAN NGUYEN (SBN 301593)
                                 *tran@jackfitzgeraldlaw.com*
                                 Hillcrest Professional Building
                                 3636 Fourth Avenue, Suite 202
                                 San Diego, California 92103
                                 Phone: (619) 692-3840
                                 Fax: (619) 362-9555

                                 *Counsel for Plaintiff Zenbu Magazines LLC,
                                 and the Putative Class*